UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DANIEL CEPEDA,<br><br>Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:14-cv-2080 AC P<br><br><br><br>ORDER |

This petition for writ of corum nobis was dismissed on April 30, 2015. See ECF Nos. 5, 6. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

IT IS SO ORDERED.

DATED: October 10, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE